UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| HIRAM PRESTON ANDERSON, II, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No: 4:13-cv-00171-JFG-JHE |
| ) | |
| WARDEN LOUIS BOYD and ) | |
| THE ATTORNEY GENERAL ) | |
| FOR THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On August 18, 2014, the magistrate judge entered a report and recommendation, (doc. no. 9), recommending that this petition for writ of habeas corpus be dismissed with prejudice. No objections have been filed.

The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be DISMISSED. A separate Order will be entered.

DONE this 29th day of September, 2014.

                                                   _____
                                                   United States District Judge